EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Benjamín Cintrón Rodríguez | 2009 TSPR 148 <br><br> 176 DPR _____ |

Número del Caso: TS-2059


Fecha: 26 de agosto de 2009


Colegio de Abogados de Puerto Rico:

                    Lcda. Israel Pacheco Acevedo
                    Secretario Ejecutivo
                    Fondo de Fianza Notarial




Materia: Conducta Profesional– (La Suspensión será efectiva una vez advenga final y firme la Sentencia, Conforme la Regla 45 del Reglamento del Tribunal Supremo)




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

                                    TS-2059
Benjamín Cintrón Rodríguez

PER CURIAM

San Juan, Puerto Rico a 26 de agosto de 2009.

El Colegio de Abogados de Puerto Rico comparece ante nos para solicitar la terminación de la fianza notarial prestada por el Lcdo. Benjamín Cintrón Rodríguez debido a que éste tiene al descubierto el pago de su fianza. El 21 de mayo de 2009 le concedimos al querellado un término de veinte (20) días para mostrar causa por la cual no debía ser suspendido del ejercicio de la notaría. Además le apercibimos que el incumplimiento con las órdenes de este Tribunal podría conllevar la suspensión del ejercicio de la notaría y dar lugar a sanciones disciplinarias adicionales.[1]

---

[1] La Resolución fue notificada por correo certificado con acuse de recibo a su dirección de récord.

El término concedido expiró y el licenciado Cintrón Rodríguez no ha comparecido ante el Tribunal, ni ha satisfecho su deuda por concepto de fianza notarial. En vista de lo anterior, procedemos a resolver este asunto sin ulterior trámite.

II

El Artículo 7 de la Ley Notarial, 4 L.P.R.A. sec. 2011, dispone que para poder ejercer la profesión notarial en Puerto Rico es requerido prestar una fianza no menor de quince mil dólares ($15,000.00) para responder por el buen desempeño de las funciones de su cargo y de los daños y perjuicios que pueda causar en el ejercicio de sus funciones. Aquel notario que no cuenta con la protección que ofrece la fianza notarial constituye un peligro tanto para el tráfico jurídico como para las personas que utilizan sus servicios. El no hacer gestiones para renovar la fianza notarial constituye una falta de respeto hacia este Tribunal por lo que ello requiere nuestra intervención disciplinaria. In re: Ribas Dominicci, 131 D.P.R. 491 (1992).

Además, todo abogado tiene el deber y obligación de responder con diligencia a los requerimientos y órdenes de este Tribunal, particularmente cuando se trata de procedimientos sobre su conducta profesional. Anteriormente hemos señalado que procede la suspensión del ejercicio de la abogacía cuando un abogado no atiende con diligencia nuestros requerimientos y se muestra indiferente ante nuestros apercibimientos de imponerle sanciones

disciplinarias. In re: Cubero Feliciano, 2009 T.S.P.R. 81, res. el 7 de abril de 2009; In re: Rullán Castillo, res. el 8 de febrero de 2007, 2007 T.S.P.R. 41; In re: Lloréns Sar, res. el 5 de febrero de 2007, 2007 T.S.P.R. 31; In re: Vega Lasalle, 164 D.P.R. 659 (2005); In re: Osorio Díaz, supra; In re: Serrano Mangual, 139 D.P.R. 602 (1995); In re: González Albarrán, 139 D.P.R. 543 (1995); In re: Colón Torres, 129 D.P.R. 490 (1991).

Debemos señalar que no es la primera ocasión en la que el Colegio de Abogados ha tenido que comparecer ante nos por la conducta del licenciado Cintrón Rodríguez de dejar de satisfacer el pago de la fianza notarial.[2]

En vista de lo anterior, se suspende indefinidamente del ejercicio de la abogacía y la notaría al Lcdo. Benjamín Cintrón Rodríguez.

Se le impone al abogado querellado el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los foros judiciales y administrativos. Además, tiene la obligación de acreditar y certificar ante este Tribunal, el cumplimiento con lo anterior dentro del término de treinta (30) días a partir de la notificación de esta Opinión Per Curiam y Sentencia.

---

[2] El Colegio de Abogados ha comparecido ante este Tribunal a solicitar la cancelación de la fianza notarial del licenciado Cintrón Rodríguez en los siguientes años: 2006, 2007 y 2008.

Esta Opinión y la Sentencia correspondiente se notificarán personalmente al abogado de epígrafe a la última dirección que aparece en el expediente personal del abogado.

Finalmente, el Alguacil de este Tribunal deberá incautar la obra y sello notarial del Lcdo. Benjamín Cintrón Rodríguez y entregar éstos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará la Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In Re:


                                        TS-2059
Benjamín Cintrón Rodríguez




                              SENTENCIA

     San Juan, Puerto Rico a 26 de agosto de 2009.

          Por las razones expuestas en la Opinión Per Curiam
     que antecede, la cual se hace formar parte de la
     presente Sentencia, se suspende indefinidamente del
     ejercicio de la abogacía y la notaría al Lcdo. Benjamín
     Cintrón Rodríguez.

          Se le impone al abogado querellado el deber de
     notificar a todos sus clientes de su inhabilidad para
     continuar representándolos, devolverles cualesquiera
     honorarios recibidos por trabajos no realizados e
     informar oportunamente de su suspensión a los foros
     judiciales y administrativos. Además, tiene la
     obligación de acreditar y certificar ante este Tribunal,
     el cumplimiento con lo anterior dentro del término de
     treinta (30) días a partir de la notificación de esta
     Opinión *Per Curiam* y Sentencia.

          Esta Opinión y la Sentencia correspondiente se
     notificarán personalmente al abogado de epígrafe a la
     última dirección que aparece en el expediente personal
     del abogado.

          Finalmente, el Alguacil de este Tribunal deberá
     incautar la obra y sello notarial del Lcdo. Benjamín
     Cintrón Rodríguez y entregar éstos a la Directora de la
     Oficina de Inspección de Notarías para la
     correspondiente investigación e informe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo